RCC

FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 960

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

KRISTIN HUBBARD vs. RAYMOND JAMES FINANCIAL
SERVICES, INC., a Florida corporation, and RAYMOND,
JAMES & ASSOCIATES, INC., a Florida corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kristin Hubbard, plaintiff

JUDGE LEINENWEBER
MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| NAME (Type or print) <br> Bernard K. Weiler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Bernard K. Weiler | |
| FIRM <br> MICKEY, WILSON, WEILER, RENZI & ANDERSSON, P.C. | |
| STREET ADDRESS <br> 2111 Plum Street, Suite 201, P.O. Box 787 | |
| CITY/STATE/ZIP <br> Aurora, IL 60507-0787 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03128608 | TELEPHONE NUMBER <br> 630-801-9699 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [✓] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |