**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 960 |
| KRISTIN HUBBARD, vs. RAYMOND JAMES FINANCIAL SERVICES, INC., et al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, RAYMOND JAMES FINANCIAL SERVICES, INC. and RAYMOND JAMES & ASSOCIATES, INC.

| | |
|---|---|
| NAME (Type or print) | |
| Theodore M. Becker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Theodore M. Becker | |
| FIRM | |
| Morgan Lewis & Bockius LLP | |
| STREET ADDRESS | |
| 77 West Wacker Drive | |
| CITY/STATE/ZIP | |
| Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0151262 | 312-324-1190 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |