UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KRISTIN HUBBARD,

    Plaintiff,

vs.

RAYMOND JAMES FINANCIAL SERVICES, INC., a Florida corporation, and RAYMOND, JAMES & ASSOCIATES, INC., a Florida corporation,

    Defendants.
_____/

Case No. 08 C 960

Hon. Harry D. Leinenweber

Magistrate Judge Maria Valdez

**NOTICE OF MOTION**

TO:   Bernard K. Weiler, Esq.
        Dean M. Frieders, Esq.
        Gary Knight Mickey, Esq.
        Mickey, Wilson, Weiler &Renzi
        2111 West Plum Street
        Post Office Box 787
        Aurora, IL 60507-0787

PLEASE TAKE NOTICE that on Wednesday, April 23, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Harry D. Leinenweber or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 1941, and shall then and there present Defendants' Motion to Dismiss Plaintiff's Complaint and Compel Arbitration, a copy of which is being served upon you along with this Notice.

    Dated this 18th day of April, 2008.

1-MI/616288.1

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
Counsel for Defendants

s/ Theodore M. Becker
Theodore M. Becker, Esq.
tbecker@morganlewis.com
Morgan Lewis & Bockius  LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone:  312.324.1190
Facsimile:  877.432.9652

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will, in turn, send a notice of electronic filing to Counsel for Plaintiffs, Dean M. Frieders, Esq. at MICKEY, WILSON, WEILER, RENZI & ANDERSSON, P.C., 2111 Plum Street, Suite 201, P.O. Box 787, Aurora, Illinois 60507-0787, Tel: (630) 801-9699, Fax: (630) 801-9715, on this 18th day of April, 2008.

s/     Theodore M. Becker, Esq.
Theodore M. Becker, Esq.