## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 960 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Kristin Hubbard vs. Raymond James Financial Services, et al | | |

**DOCKET ENTRY TEXT**

Defendants' Motion to Dismiss Plaintiff's Complaint is denied. Defendants' Motion to Compel Arbitration is granted. Case stayed until 10/23/2008. Status hearing set for 10/23/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|